655 A.2d 924

IN THE MATTER OF DAVID BRANTLEY,
AN ATTORNEY AT LAW.

April 6, 1995.

The Disciplinary Review Board having filed a report with the Court, recommending that **DAVID BRANTLEY** of **EAST ORANGE,** who was admitted to the bar of this State in 1970, and who has been disciplined on four prior occasions, be suspended from the practice of law for a period of three months for violation of *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.1(b) (failure to cooperate with the ethics authorities);

And the Disciplinary Review Board further recommending that on reinstatement to practice respondent practice under supervision;

And the Court having heard argument in the matter;

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **DAVID BRANTLEY** is hereby suspended from practice for a period of three months, effective May 1, 1995, and until the further Order of the Court; and it is further

ORDERED that on reinstatement to practice respondent practice under the supervision of a practicing attorney other than respondent's current counsel, said attorney to be approved by the Office of Attorney Ethics, for a period of two years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.